BEFORE THE SECOND DIVISION, NOVEMBER 6, 1967

**No. P67/381.**—Davar Products, Inc. *v.* United States, protest 66/27525 (New York).

RAO, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of battery-operated

mixers similar in all material respects to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (53 Cust. Ct. 231, Abstract 68674), the claim of the plaintiff was sustained.